**Louis A. Paukszta, appellee, v. Mutual Life Insurance Company of Baltimore, appellant. Gen. No. 32,582.**

Opinion filed April 9, 1928.

Winston, Strawn & Shaw, for appellant; T. I. Underwood, of counsel. Hermann P. Haase, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Paul Krause and Louise Krause, appellees, v. George Grove and Annie Grove, appellants. Gen. No. 32,462.**

Opinion filed April 9, 1928.

Arthur H. Jones, for appellants. A. F. W. Siebel, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

**Millie Hanke, defendant in error, v. Alvinia H. Lloyd et al., plaintiffs in error. Gen. No. 32,487.**

Opinion filed April 9, 1928.

Otto Schusterman, for Alvinia H. Lloyd, plaintiff in error. James Edgar Brown, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Achillis Balalas, plaintiff in error. Gen. No. 32,498.**

Matchett, P. J., dissents. Opinion filed April 9, 1928.

Ungaro, Blumenthal & Romano, for plaintiff in error; Louis Greenberg, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.